# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plantiff,
   V.

IGNACIO HERNANDEZ-GARCIA,
        Defendant.

**APPEARANCE**

Case Number: 08MJ8332

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

IGNACIO HERNANDEZ-GARCIA

I certify that I am admitted to practice in this court. PRO HAC VICE.

| | |
|---|---|
| 4/24/2008 | /s/ LINDA LOPEZ |
| Date | Signature |
| | Linda Lopez/ Federal Defenders of SD — 177301 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City — State — Zip Code |
| | (619) 234-8467 — (619) 687-2666 |
| | Phone Number — Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: April 24, 2008                                                       */s/ Linda Lopez*
                                                                            LINDA LOPEZ
                                                                            Federal Defenders of San Diego, Inc.
                                                                            225 Broadway, Suite 900
                                                                            San Diego, CA 92101-5030
                                                                            (619) 234-8467  (tel)
                                                                            (619) 687-2666  (fax)
                                                                            e-mail: Linda_Lopez@fd.org